**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| KATHRYN CHENDERLIN and BRANDIA TAAMU, residents of the State of Washington, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WALMART, INC., a corporation organized under the laws of the State of Delaware.<br><br>Defendant. | Case No. 2:26-cv-02936-BJR<br><br>**ORDER GRANTING STIPULATED MOTION (Dkt. No. 10)** |

This matter comes before the Court on the Parties' stipulated motion to extend Defendant Walmart Inc.'s deadline to respond to the complaint and to set a briefing schedule for Defendant Walmart Inc.'s intended motion to compel arbitration. (Dkt. No. 10). The Court GRANTS the stipulated motion and ORDERS that:

(1) Walmart shall file its Motion to Compel Arbitration on or by August 31, 2026; Plaintiffs shall file their opposition to the Motion on or by September 30, 2026, and Walmart shall file its reply in support of the Motion on or by October 21, 2026, and;

(2) Walmart's deadline to respond to the Complaint shall be stayed, and Walmart shall file a response to the Complaint within twenty-one days after any order denying the motion to

compel, or the completion of any appeal of an order granting or denying that Motion, whichever is later.

DATED: August 21, 2026.

Barbara J Rothstein

HONORABLE BARBARA ROTHSTEIN

Presented by:

/s/ Collin J. Vierra
Collin J. Vierra, (*pro hac vice*)
**EIMER STAHL LLP**
1999 S. Bascom Ave, Ste. 1025
Campbell, CA 95008
Telephone: (408) 889-1668
Email: cvierra@eimerstahl.com

/s/ Rodney L. Umberger (*signed by permission*)
Rodney L. Umberger, Jr., WSBA #24948
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: rumberger@williamskastner.com

*Attorneys for Defendant*

And by:

/s/ Jeffrey C. Troppe (signed by permission)
Jeffrey C. Toppe, WSBA #65222
**The Toppe Firm, LLC**
4900 O'Hear Avenue, Suite 100
North Charleston, SC 29405
Telephone: (323) 909-2011
Email: jct@toppefirm.com

*Attorney for Plaintiffs*